IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

THOMAS NIMICK                                                                                                PLAINTIFF

V.                              CASE NO. 4:13CV00359 JTK

CAROLYN W. COLVIN, *Acting Commissioner,*
Social Security Administration                                                                 DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 11th day of June, 2014.

_____
UNITED STATES MAGISTRATE JUDGE